# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILL H. LARUE, *et al.*,
        Plaintiffs,

      v.

UNITED STATES OF AMERICA,
        Defendant.

Civil Action No. 06-061 (CKK)

## ORDER
(February 1, 2006)

Plaintiffs have filed a *pro se* Complaint alleging that they are entitled to a tax refund.

Upon review of Plaintiffs' Complaint, it is apparent that Plaintiffs reside in Capitan, New

Mexico, and therefore, venue is not proper in this district under 28 U.S.C. §§ 1402(a)(1) and

1346(a), which provide that a refund suit is proper *only* in the judicial district in which the

Plaintiff resides.

Accordingly, it is this 1st day of February, 2006, hereby

ORDERED that Plaintiffs are required to show cause on or before February 21, 2006,

why venue is proper in this district.  If Plaintiffs fail to respond in a timely manner and/or to

provide a valid basis for suit in this jurisdiction, the Court will dismiss this matter without

prejudice so that Plaintiffs can refile, if they so desire, in the jurisdiction of residence.  There will

be no continuances of this deadline.

                                      /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge