## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILL H. LARUE, *et al.*,

     Plaintiffs,

    v.

UNITED STATES,

     Defendant.

Civil Action No. 06–61 (CKK)

## ORDER
(April 7, 2006)

Plaintiffs in this action have filed a *pro se* complaint alleging errors by the Internal

Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking

damages under 26 U.S.C. § 7433. Upon review of this complaint, it is apparent that the claims

alleged therein are substantially similar to those of several other recently filed complaints, which

were dismissed for lack of subject matter jurisdiction owing to Plaintiffs' failure to exhaust

administrative remedies. *See, e.g., Henry v. United States*, No. 05-2084, Order (D.D.C. Feb. 27,

2006); *Scott et al. v. United States*, No. 05-2043, Order (Feb. 27, 2006). Accordingly, it is, this

7th day of April, 2006, hereby


**ORDERED** that Plaintiffs are required to show cause on or before April 28, 2006, why

this Court has subject matter jurisdiction. In doing so, Plaintiffs must explain how they have

"exhausted all administrative remedies" (Plaintiffs' Affidavit ¶ 16), as required by 26 U.S.C. §

7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing

of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If Plaintiffs fail to respond in timely

manner and/or to provide a valid basis for jurisdiction, the Court will dismiss the matter without prejudice.  There will be no continuances of this deadline.

Any response by the government must be filed on or before May 12, 2006.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge