IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE,<br>MARY CATHERINE LA RUE,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>) No. 1:06-cv-00061 (CKK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: April 13, 2006.

                                                        Respectfully submitted,

                                                        /s/ Beatriz T. Saiz
                                                        BEATRIZ T. SAIZ
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        P.O. Box 227
                                                        Ben Franklin Station
                                                        Washington, DC 20044
                                                       Phone/Fax: (202) 307-6585/514-6866
                                                       Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Will H LaRue
>Mary Catherine LaRue
>120 Crestview Road
>PO Box 1544
>Capitan, NM 88316

      /s/ Beatriz T. Saiz
      BEATRIZ T. SAIZ