IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE, <br> MARY CATHERINE LA RUE, <br>   Plaintiffs, <br> <br> v. <br> <br> UNITED STATES, <br> <br>   Defendant. | ) <br> ) <br> ) No. 1:06-cv-00061 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

WILL H. LARUE
MARY CATHERINE LARUE
120 Crestview Road
PO Box 1544
Capitan, NM 88316