IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE, ) | |
| MARY CATHERINE LA RUE, ) | |
|     Plaintiffs, ) | No. 1:06-cv-00061 (CKK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
|     Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Will H LaRue
> Mary Catherine LaRue
> 120 Crestview Road
> PO Box 1544
> Capitan, NM 88316

                                /s/ Beatriz T. Saiz
                                BEATRIZ T. SAIZ