UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 06–61 (CKK) |

**ORDER**
(April 14, 2006)

On April 13, 2006, Defendant filed a motion to dismiss in this case. Plaintiffs are representing themselves, pro se.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

In accordance, this Court wishes to advise Plaintiffs that they must respond to Defendant's previously filed motion to dismiss by May 10, 2006. If Plaintiffs do not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

                                                                            /s/
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge