**RECEIVED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Will H LaRue,
Mary Catherine LaRue

      Plaintiff(s),

v.

United States
      Defendant.

Case No. **1:06-cv-00061** CKK

ADDENDUM TO COMPLAINT No. X 2

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated May 27, 2006

_____
Will H LaRue
120 Crestview Rd (PO Box 1544)
Capitan New Mexico 88316

_____
Mary Catherine LaRue
120 Crestview Rd (PO Box 1544)
Capitan New Mexico 88316

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Will H LaRue v. United States.    page 2 of 3 pages    Addendum to Complaint

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Beatriz T. Saiz, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _May 27_, 2006

_____
Will H LaRue

| | |
|---|---|
| **IRS** Department of the Treasury<br>Internal Revenue Service<br>FRESNO, CA 93888-0029 | Notice Number: CP 90<br>Notice Date: MAY 1, 2006<br>Social Security Number: |

7183 6247 9813 1120 1862        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

**Collection Assistance:**
1-800-829-7650
*(Asistencia en español disponible)*
**Caller ID:** 609209

WILBUR LARUE
PO BOX 1544
CAPITAN NM 88316-1544442

### Final Notice
### Notice Of Intent To Levy And Notice Of Your Right To A Hearing
*Please Respond Immediately*

We previously asked you to pay the federal tax shown on the next page, but we haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to appeal under IRC Section 6330.

We may also file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an appeals hearing within 30 days from the date of this letter, we may take your property, or rights to property. Property includes real estate, automobiles, business assets, bank accounts, wages, commissions, social security benefits, and other income. We've enclosed Publication 594, which has more information about our collection process; Publication 1660, which explains your appeal rights; and Form 12153, which you can use to request a Collection Due Process hearing with our Appeals Office.

To prevent collection action, please send your full payment today.

   Make your check or money order payable to United States Treasury.
   Write your Social Security Number on your payment.
   Send your payment and the attached payment stub to us in the enclosed envelope. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the above telephone number and let us know.

The assessed balance may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Penalty and interest charges continue to accrue until you pay the total amount in full. We detail these charges, known as Statutory Additions, on the following pages.

Enclosures:
Copy of this notice
Pub 594, IRS Collection Process
Pub 1660, Collection Appeal Rights
Form 12153, Request for a Collection Due Process Hearing
Envelope

## ACCOUNT INFORMATION

WILBUR LARUE                                                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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2003 | $2,461.57 | $51.94 | $90.85 | $2,604.36 |

---

Cut Here                                Use this stub to return your request, inquiry or payment.

WI         CP-90

                                                          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

Your Telephone Number:          Best Time to Call
                                                          Amount you owe:        $2,604.36
(   )_____-_____              ____ AM ____ PM       Less payments not
                                                          included
                                                          Adjusted amount

Internal Revenue Service                WILBUR   LARUE
FRESNO, CA   93888-0029                 PO BOX 1544
                                        CAPITAN   NM   88316-1544442

# Explanation of Penalties and Interest

## Penalty and Interest

The penalty and/or interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

## Paying Late - IRC Section 6651(a)(2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month you didn't pay your tax.
If you think we should remove or reduce the penalty, see "Removal of Penalties - Reasonable Cause."

## Interest - IRC Section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest compounds daily except on underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or under valuations and substantially understating the tax you owe.

## Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest. In some cases we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

## Erroneous Written Advice from IRS

We'll also remove your penalty if:
- You wrote to IRS and asked for advice on a specific issue,
- You gave IRS complete and accurate information,
- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,
- You followed our written advice in the manner we outlined, and
- You were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:
- Complete Form 843, Claim for Refund and Request for Abatement,
- Request that IRS remove the penalty, and
- Send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from IRS.

The three documents you must attach to your Form 843 are:
- A copy of your original request for advice from IRS,
- A copy of the erroneous written advice from IRS, and
- A notice (if any) showing the penalty we charged and you now want us to remove.