IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Will H LaRue,                                    )
Mary Catherine LaRue                             )          Case No: 1:06-cv-00061
                                                 )
                Plaintiff,                       )
                                                 )
v.                                               )
                                                 )
UNITED STATES (Government),                      )          **RECEIVED**
                                                 )
                Defendant.                       )          MAY **3 0** 2006

                                                            NANCY MAYER WHITTINGTON, CLERK
                                                                 U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

    Parties to this action are noticed that plaintiffs' mailing address is as follows:

PO Box 276

Peoria, AZ  85380-0276

    Please send all correspondence to this address.

    Dated _May 24_, 2006


_____           _____
Will H LaRue                       Mary Catherine LaRue
PO Box 276                         PO Box 276
Peoria, AZ  85380-0276            Peoria, AZ  85380-0276

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Beatriz T. Saiz
Ben Franklin Station
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated _____May  24,_____, 2006

_____
Will H LaRue