E018468

88316                          IRS USE ONLY        WI      C 0                              200619   CP:      71C

Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX  73301-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:**  167997

**Notice Number:**  CP71C
**Date:**  May 22, 2006

**Taxpayer Identification Number:**
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
**Tax Form:**  1040A
**Tax Year:** December 31, 1995

```
WILBUR  LARUE
PO BOX 1544
CAPITAN  NM  88316-1544442
```

000098

| Reminder:  You owe past due taxes for 1995 |
|---|

|  | |
|---|---|
| **Amount Owed:** | **$4,251.91** |
| **Pay by:** | **June 12, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 1995.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury.
   Write tax year 1995 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by June 12, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|-----------|---------|
| 1040A | 1995 | $2,988.08 | $.00 | $1,263.83 | $4,251.91 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $1,263.83

**09 Interest**

000088

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

**\*    Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account.  To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|------------|------------|-----------|---------|
| 03/28/2000 | 01 | 0.50% | 1,559.00 | 7.79 |
| 05/28/2006 | 50 | 1.00% | 1,559.00 | 381.95 |
| | | | Total Penalty: | 389.74 |

**Interest**

The following table shows the interest charges to your account.  To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/15/1996 | 06/30/1996 | 76 | 8.0% | 0.016748923 | 1827.00 | 30.60 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 1857.60 | 85.97 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 1943.57 | 88.70 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 2032.27 | 94.32 |
| 12/31/1997 | 03/31/1998 | 90 | 9.0% | 0.022437053 | 2126.59 | 47.71 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 2174.30 | 88.97 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 2263.27 | 46.10 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 2309.37 | 40.20 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 2349.57 | 96.15 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 2445.72 | 49.81 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 2495.53 | 20.81 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 2598.34 | 30.27 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 2628.61 | 120.97 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 2749.58 | 62.90 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 2812.48 | 63.10 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020366804 | 2875.58 | 57.92 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 2933.50 | 105.35 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 3038.85 | 91.77 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 3130.62 | 96.13 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 3226.75 | 81.00 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 3307.75 | 41.95 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 3349.70 | 33.94 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 3383.64 | 33.82 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 3417.46 | 42.75 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 3460.21 | 34.96 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 3495.17 | 44.20 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 3539.37 | 43.90 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 3583.27 | 109.42 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 3692.69 | 65.73 |
| 12/31/2005 | 05/22/2006 | 142 | 7.0% | 0.027604398 | 3758.42 | 103.75 |
| | | | | | Total Interest: | 1953.17 |



000088

✂ CUT HERE ───────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:
(   ) ____-_____        _____AM ____PM

**Amount you owe:**    **$4,251.91**
* You will avoid additional penalties and/or interest if we receive your full payment by **June 12, 2006**

☐ **Amount enclosed:**    **$_____**
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI              200619      09              29247-420-00105-0

71C    Internal Revenue Service
       Stop 5501 AUSC
       Austin, TX  73301-0030

       ‖‖ı‖ıı‖ıı‖ı‖ıııı‖‖ıı‖ıııı‖ı‖ıı‖ı‖ı

WILBUR LARUE
PO BOX 1544
CAPITAN NM  88316-1544442

527421472 HZ LARU 30 0 199512 670 00000425191

E018467



Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX  73301-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:**  167997

**Notice Number:** CP71C
**Date:**  May 22, 2006

**Taxpayer Identification Number:**
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
**Tax Form:**  1040A
**Tax Year:** December 31, 1994

WILBUR  LARUE
PO BOX 1544
CAPITAN  NM   88316-1544442

000089

| Reminder:  You owe past due taxes for 1994 |
|---|

|  |  |
|---|---|
| **Amount Owed:** | **$21,238.15** |
| **Pay by:** | **June 12, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 1994.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1994 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by June 12, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|------------|---------|
| 1040A | 1994 | $14,850.26 | $.00 | $6,387.89 | $21,238.15 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

Austin Service Center                    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                    Tax Period:    December 31, 1994

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



### Interest: $6,387.89

**09 Interest**

000089    **IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*    Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account. To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 03/28/2000 | 01 | 0.50% | 6,870.00 | 34.35 |
| 05/28/2006 | 50 | 1.00% | 6,870.00 | 1,683.15 |
| | | | Total Penalty: | 1,717.50 |

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/15/1995 | 06/30/1995 | 76 | 10.0% | 0.021037295 | 8464.00 | 178.06 |
| 06/30/1995 | 12/31/1995 | 184 | 9.0% | 0.046408966 | 8642.06 | 401.07 |
| 12/31/1995 | 03/31/1996 | 91 | 9.0% | 0.022626480 | 9043.13 | 204.61 |
| 03/31/1996 | 06/30/1996 | 91 | 8.0% | 0.020087632 | 9247.74 | 185.77 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 9433.51 | 436.58 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 9870.09 | 450.42 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 10320.51 | 478.96 |
| 12/31/1997 | 03/31/1998 | 90 | 9.0% | 0.022437053 | 10799.47 | 242.31 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 11041.78 | 451.83 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 11493.61 | 234.09 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 11727.70 | 204.16 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 11931.86 | 488.25 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 12420.11 | 252.96 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 12673.07 | 105.69 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 13132.76 | 153.01 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046202073 | 13285.77 | 611.44 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 13897.21 | 317.94 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 14215.15 | 318.95 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 14534.10 | 292.76 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 14826.86 | 532.49 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 15359.35 | 463.82 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 15823.17 | 485.87 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 16309.04 | 409.40 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 16718.44 | 212.02 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 16930.46 | 171.55 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 17102.01 | 170.92 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 17272.93 | 216.06 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 17488.99 | 176.72 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 17665.71 | 223.41 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 17889.12 | 221.90 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 18111.02 | 553.05 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 18664.07 | 332.20 |
| 12/31/2005 | 05/22/2006 | 142 | 7.0% | 0.027604398 | 18996.27 | 524.38 |
| | | | | Total Interest: | | 10702.65 |

Austin Service Center                    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                    Tax Period:    December 31, 1994

000089

---

✂ **CUT HERE**

Return this voucher with your payment or correspondence.

| | |
|---|---|
| Your Telephone Number: | Best Time to Call: |
| (   )____-_____ | _____AM_____PM |

**Amount you owe:**    <u>**$21,238.15**</u>

* You will avoid additional penalties and/or interest if we receive your full payment by **June 12, 2006**

☐ **Amount enclosed:    $_____**

* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI            200619        09                29247-420-00104-0

71C    Internal Revenue Service
       Stop 5501 AUSC
       Austin, TX  73301-0030

       IIuıIuIIuıIIuIIIuuıIIIIuıIIuuıIIıIIuuıIIuI

WILBUR LARUE
PO BOX 1544
CAPITAN NM  88316-1544442

527421472 HZ LARU 30 0 199412 670 00002123815



Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX  73301-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:**  167997

**Notice Number:**  CP71C
**Date:**  May 22, 2006

**Taxpayer Identification Number:**
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
**Tax Form:**  1040
**Tax Year:** December 31, 1993



        WILBUR  LARUE
        PO BOX 1544
        CAPITAN  NM   88316-1544442

000091

For account of: WILBUR & MARY LARUE

---

## Reminder:  You owe past due taxes for 1993

|  | **Amount Owed:** | **$42,818.08** |
|---|---|---|
|  | **Pay by:** | **June 12, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 1993.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you.  Each copy contains the same information related to your joint account.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury.
   Write tax year 1993 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by June 12, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|------------|---------|
| 1040 | 1993 | $25,500.55 | $.00 | $17,317.53 | $42,818.08 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



## Interest: $17,317.53

**09 Interest**

000091    **IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*    Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account. To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 12/26/1998 | 11 | 0.50% | 10,455.94 | 575.08 |
| 05/26/2006 | 50 | 1.00% | 10,455.94 | 2,038.91 |
| | | | Total Penalty: | 2,613.99 |

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/15/1994 | 06/30/1994 | 76 | 7.0% | 0.014680663 | 16161.00 | 237.25 |
| 06/30/1994 | 09/30/1994 | 92 | 8.0% | 0.020366804 | 16398.25 | 333.98 |
| 09/30/1994 | 10/12/1994 | 12 | 9.0% | 0.002962920 | 16732.23 | 49.58 |
| 10/12/1994 | 10/24/1994 | 12 | 9.0% | 0.002962920 | 16781.81 | 49.72 |
| 10/24/1994 | 11/14/1994 | 21 | 9.0% | 0.005190870 | 16831.50 | 87.37 |
| 11/14/1994 | 12/31/1994 | 47 | 9.0% | 0.011655009 | 16918.84 | 197.19 |
| 12/31/1994 | 03/31/1995 | 90 | 9.0% | 0.022437053 | 17116.03 | 384.03 |
| 03/31/1995 | 06/30/1995 | 91 | 10.0% | 0.025241395 | 17500.06 | 441.73 |
| 06/30/1995 | 12/31/1995 | 184 | 9.0% | 0.046408966 | 17941.79 | 832.66 |
| 12/31/1995 | 03/31/1996 | 91 | 9.0% | 0.022626480 | 18774.45 | 424.80 |
| 03/31/1996 | 06/30/1996 | 91 | 8.0% | 0.020087632 | 19199.25 | 385.67 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 19584.92 | 906.38 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 20491.30 | 935.13 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 21426.43 | 994.38 |
| 12/31/1997 | 01/05/1998 | 5 | 9.0% | 0.001233485 | 22420.81 | 27.66 |
| 01/05/1998 | 03/31/1998 | 85 | 9.0% | 0.021177446 | 22886.57 | 484.68 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 23371.25 | 956.36 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 24327.61 | 495.48 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 24823.09 | 432.13 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 25255.22 | 1033.45 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 26288.67 | 535.42 |
| 12/31/1999 | 03/31/2000 | 91 | 8.0% | 0.020087632 | 26824.09 | 538.83 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 27362.92 | 1259.30 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 28622.22 | 654.82 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 29277.04 | 656.89 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 29933.93 | 602.97 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 30536.90 | 1096.71 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 31633.61 | 955.27 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 32588.88 | 1000.68 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 33589.56 | 843.19 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 34432.75 | 436.66 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 34869.41 | 353.32 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 35222.73 | 352.03 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 35574.76 | 444.98 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 36019.74 | 363.97 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 36383.71 | 460.14 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404250 | 36843.85 | 457.02 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 37300.87 | 1139.04 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 38439.91 | 684.18 |

Austin Service Center                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                        Tax Period:    December 31, 1993

12/31/2005  05/22/2006    142      7.0%  0.027604398          39124.09              1080.00
                                        Total Interest:                            23605.05



000091

---

✂ **CUT HERE** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Return this voucher with your payment or correspondence.

Your Telephone Number:      Best Time to Call:

(     )_ _ _ _-_ _ _ _ _ _ _ _       _ _ _ _ _AM_ _ _ _PM

WI              200619      09          29247-751-00060-7

71C    Internal Revenue Service
       Stop 5501 AUSC
       Austin, TX  73301-0030

       IIuulIuIIuuIlIIIuuulIIIIuuIIuuIlIIIuuIlIuuuIlI

**Amount you owe:**    **$42,818.08**
* You will avoid additional penalties and/or
  interest if we receive your full payment by
  **June 12, 2006**
☐ **Amount enclosed:**    **$_____**
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax
  period and tax form number on payment
☐ **Correspondence enclosed**

WILBUR LARUE
PO BOX 1544
CAPITAN NM  88316-1544442

527421472 HZ LARU 30 0 199312 670 00004281808

E018469

88316    IRS USE ONLY    WI    C    0    000619    CP:    71C

Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:** 167997

**Notice Number:** CP71C
**Date:** May 22, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 1996



WILBUR   LARUE
PO BOX 1544
CAPITAN   NM   88316-1544442

000007

---

## Reminder:  You owe past due taxes for 1996

|  |  |
|---|---|
| **Amount Owed:** | **$18,713.45** |
| **Pay by:** | **June 12, 2006** |

**Why am I getting this notice?**
You have a past due tax balance for 1996.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1996 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by June 12, 2006, we will continue to add penalties and interest until the amount is paid in full.*

Page 1

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|-----------|---------|
| 1040A | 1996 | $12,773.50 | $.00 | $5,939.95 | $18,713.45 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



## Interest: $5,939.95

**09 Interest**

000087    **IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*    Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account. To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 03/15/2000 | 35 | 0.50% | 7,021.00 | 1,228.67 |
| 06/15/2006 | 50 | 1.00% | 7,021.00 | 526.57 |
| | | | Total Penalty: | 1,755.24 |

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/15/1997 | 06/30/1997 | 76 | 9.0% | 0.018914063 | 8441.00 | 159.65 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 8600.65 | 399.15 |
| 12/31/1997 | 03/31/1998 | 90 | 9.0% | 0.022437053 | 8999.80 | 201.93 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 9201.73 | 376.54 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 9578.27 | 195.08 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 9773.35 | 170.14 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 9943.49 | 406.89 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 10350.38 | 210.80 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 10561.18 | 88.08 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 12211.83 | 142.28 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 12354.11 | 568.56 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 12922.67 | 295.64 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 13218.31 | 296.58 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 13514.89 | 272.23 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 13787.12 | 495.15 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 14282.27 | 431.30 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 14713.57 | 451.80 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 15165.37 | 380.69 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 15546.06 | 197.15 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 15743.21 | 159.52 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 15902.73 | 158.94 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 16061.67 | 200.91 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 16262.58 | 164.33 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 16426.91 | 207.75 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 16634.66 | 206.34 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 16841.00 | 514.27 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 17355.27 | 308.90 |
| 12/31/2005 | 05/22/2006 | 142 | 7.0% | 0.027604398 | 17664.17 | 487.61 |
| | | | | | Total Interest: | 8148.21 |

E018469

Austin Service Center                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                Tax Period:    December 31, 1996

000087

✂ **CUT HERE**

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:
(    )_____-_____        _____AM_____PM

**Amount you owe:    $18,713.45**

- You will avoid additional penalties and/or
  interest if we receive your full payment by
  **June 12, 2006**

☐ **Amount enclosed:    $_____**

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax
  period and tax form number on payment

☐ **Correspondence enclosed**

WI            200619        09            29247-420-00106-0

71C    Internal Revenue Service
       Stop 5501 AUSC
       Austin, TX  73301-0030

       |||..|.|||...||.||....||||...|||....||.|||....||.||

WILBUR LARUE
PO BOX 1544
CAPITAN NM  88316-1544442

527421472 HZ LARU 30 0 199612 670 00001871345



Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:** 167997

**Notice Number:** CP71C
**Date:** May 22, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 1993

```
MARY LARUE
PO BOX 1544
CAPITAN  NM  88316-1544442
```

000090

For account of: WILBUR & MARY LARUE

| | |
|---|---|
| **Reminder: You owe past due taxes for 1993** | |

| | |
|---|---|
| **Amount Owed:** | **$42,818.08** |
| **Pay by:** | **June 12, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 1993. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you. Each copy contains the same information related to your joint account.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1993 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by June 12, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|------------|---------|
| 1040 | 1993 | $25,500.55 | $.00 | $17,317.53 | $42,818.08 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



## Interest: $17,317.53

**09 Interest**

000090

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*   Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account. To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 12/26/1998 | 11 | 0.50% | 10,455.94 | 575.08 |
| 05/26/2006 | 50 | 1.00% | 10,455.94 | 2,038.91 |
| | | | Total Penalty: | 2,613.99 |

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1994 | 06/30/1994 | 76 | 7.0% | 0.014680663 | 16161.00 | 237.25 |
| 06/30/1994 | 09/30/1994 | 92 | 8.0% | 0.020366804 | 16398.25 | 333.98 |
| 09/30/1994 | 10/12/1994 | 12 | 9.0% | 0.002962920 | 16732.23 | 49.58 |
| 10/12/1994 | 10/24/1994 | 12 | 9.0% | 0.002962920 | 16781.81 | 49.72 |
| 10/24/1994 | 11/14/1994 | 21 | 9.0% | 0.005190870 | 16831.50 | 87.37 |
| 11/14/1994 | 12/31/1994 | 47 | 9.0% | 0.011655009 | 16918.84 | 197.19 |
| 12/31/1994 | 03/31/1995 | 90 | 9.0% | 0.022437053 | 17116.03 | 384.03 |
| 03/31/1995 | 06/30/1995 | 91 | 10.0% | 0.025241395 | 17500.06 | 441.73 |
| 06/30/1995 | 12/31/1995 | 184 | 9.0% | 0.046408966 | 17941.79 | 832.66 |
| 12/31/1995 | 03/31/1996 | 91 | 9.0% | 0.022626480 | 18774.45 | 424.80 |
| 03/31/1996 | 06/30/1996 | 91 | 8.0% | 0.020087632 | 19199.25 | 385.67 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 19584.92 | 906.38 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 20491.30 | 935.13 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 21426.43 | 994.38 |
| 12/31/1997 | 01/05/1998 | 5 | 9.0% | 0.001233485 | 22420.81 | 27.66 |
| 01/05/1998 | 03/31/1998 | 85 | 9.0% | 0.021177446 | 22886.57 | 484.68 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 23371.25 | 956.36 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 24327.61 | 495.48 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 24823.09 | 432.13 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 25255.22 | 1033.45 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 26288.67 | 535.42 |
| 12/31/1999 | 03/31/2000 | 91 | 8.0% | 0.020087632 | 26824.09 | 538.83 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 27362.92 | 1259.30 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 28622.22 | 654.82 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 29277.04 | 656.89 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 29933.93 | 602.97 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 30536.90 | 1096.71 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 31633.61 | 955.27 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 32588.88 | 1000.68 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 33589.56 | 843.19 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 34432.75 | 436.66 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 34869.41 | 353.32 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 35222.73 | 352.03 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 35574.76 | 444.98 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 36019.74 | 363.97 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 36383.71 | 460.14 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 36843.85 | 457.02 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 37300.87 | 1139.04 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 38439.91 | 684.18 |

. Austin Service Center                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                    Tax Period:    December 31, 1993

12/31/2005 05/22/2006    142    7.0% 0.027604398        39124.09        1080.00
                                        Total Interest:            23605.05



000090

---

✂ **CUT HERE** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:

(     )_____-_____        _____AM_____PM

| **Amount you owe:** | **$42,818.08** |

* You will avoid additional penalties and/or interest if we receive your full payment by **June 12, 2006**

☐ **Amount enclosed:**    $_____

* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI            200619        09            29247-751-00060-7

71C    Internal Revenue Service
       Stop 5501 AUSC
       Austin, TX  73301-0030

MARY LARUE
PO BOX 1544
CAPITAN NM  88316-1544442

||..||..||..||..||.....||||..||.....||.||....||.|

527421472 HZ LARU 30 0 199312 670 00004281808

 **IRS** Department of the Treasury
Internal Revenue Service
AUSTIN, TX  73301-0025

Notice Number: CP 504
Notice Date:  05-22-2006

**SSN/EIN:** 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
**Caller ID:** 382747

7178 2665 9397 5817 0632

MARY C LARUE
PO BOX 1544
CAPITAN  NM  88316-1544442



*197500255101*

042745

# <u>Urgent !!</u>

## We intend to levy on certain assets.  Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: CIVPEN | Tax Period: 12-31-1999 |
|---|---|

**Current Balance:**  $1,512.12
Includes:
Penalty:  $0.00
Interest:  $10.11
Last Payment:  $0.00

For information on
your penalty & interest
computations, you may
call 1-800-829-0922

✂ Questions?  Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 05-22-2006

*write on your check:*

| CIVPEN 12-31-1999 | 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 |
|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$1,512.12

Internal Revenue Service
AUSTIN, TX  73301-0025

⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊

MARY C LARUE
PO BOX 1544
CAPITAN  NM  88316-1544442

197500255 PW LARU 55 0 199912 670 00000151212

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
LARU

# Penalty and Interest



042745

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

# Penalty: $0.00

## 07 Paying Late

## IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce the penalty, see "Removal of Penalties - Reasonable Cause."

## Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

## Erroneous Written Advice from IRS

We'll also remove your penalty if:

- you wrote to IRS and asked for advice on a specific issue,
- you gave IRS complete and accurate information,
- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,
- you followed our written advice in the manner we outlined, and
- you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

- complete Form 843, Claim for Refund and Request for Abatement,
- request that IRS remove the penalty, and

- send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

- a copy of your original request for advice from IRS,
- a copy of the erroneous written advice from IRS, and
- a notice (if any) showing the penalty we charged that you now wish us to remove.

## Interest: $10.11

**09 Interest**

*IRC section 6601*

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

RECEIVED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT