RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Will H LaRue,
Mary Catherine LaRue                    Case No. **1:06-cv-00061**

         Plaintiff(s),            NOTICE OF CONCEDED MOTIONS

v.

United States
         Defendant.

The record shows that plaintiff(s) filed the following motions as addendums to plaintiffs' complaint.

1. Docket # 14 addendum to complaint No. 1 May 30, 2006.

2. Docket # 17 addendum to complaint No. 1 June 12, 2006.

Said motions provided exhibits as evidence that defendants agency has consistently demonstrated bias and an unwillingness to reconsider any document sent to plaintiff(s). The record is silent as to any response from defendant.

Wherefore, pursuant to L.R. 7 the record must show that the issue of bias and unwillingness to reconsider is ~~coincided~~ Conceded in the instant matter.

Dated June 28, 2006

_____            _____
Will H LaRue                                       Mary Catherine LaRue
PO Box 276                                         PO Box 276
Peoria, AZ  85380-0276                 Peoria, AZ  85380-0276

Will H LaRue v. United States.       page 1 of 2 pages          Motion for Entry of Default

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

7005 2570 0000 7620 7817

Beatriz T. Saiz
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

Dated ___June 28___, 2006


_____
Will H LaRue