

# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Will H LaRue,
Mary Catherine LaRue

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:06-cv-00061**CKK

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that the court ordered defendant to answer or defend on or before March 31, 2006.

3. The record shows that defendant failed to comply with the order of the court by answering and/or defending on or before March 31, 2006.

4. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that this court has recognized that failure to exhaust administrative remedies does not deprive the court of subject matter jurisdiction.

7. Therefore, court has subject matter jurisdiction and the record in this matter is clear as to defendants failure to obey a lawful order of the court.

8. All entries of defendant after March 31, 2006 must be denied as untimely.

9. Notwithstanding defendants entries dkt # 8, 9, 13, the Courts' order docket #10 and plaintiffs' entries dkt # 11, 12, plaintiff(s) is/are entitled to entry of default forthwith

against defendant as a matter of law.

Dated *June 28*, 2006

*/s/ Will H. LaRue*
Will H LaRue
PO Box 276
Peoria, AZ 85380-0276


*/s/ Mary Catherine LaRue*
Mary Catherine LaRue
PO Box 276
Peoria, AZ 85380-0276

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Will H LaRue,
Mary Catherine LaRue
        Plaintiff(s),

v.

United States
        Defendant.

Case No . 1:06-cv-00061

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this _____ day of _____ 2006

                                      _____
                                      United States District Judge

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:
7005 2570 0000 7620 7817

Beatriz T. Saiz
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

Dated June 28, 2006

_Will H LaRue_
Will H LaRue