RECEIVED
JUL 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Will H LaRue,
Mary Catherine LaRue

    Plaintiff(s),

v.

United States     Defendant.

Case No. 1:06-cv-00061 (CKK)

ADDENDUM TO COMPLAINT No. 4

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Plaintiff(s) attest that plaintiff has made many requests to defendants' agency and that defendants' agency has consistently demonstrated bias and an unwillingness to reconsider any document sent to plaintiff(s).

Dated July 17, 2006

_____
Will H LaRue
PO Box 276
Peoria, AZ  85380-0276

_____
Mary Catherine LaRue
PO Box 276
Peoria, AZ  85380-0276

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Arizona, personally appeared, Will H LaRue, Mary Catherine LaRue known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

_____
Notary, State of Arizona



OFFICIAL SEAL
CYNTHIA L. WILSON
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 3, 2006

---

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

Will H LaRue v. United States.    page 3 of 4 pages    Addendum to Complaint

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:   7005 2570 0000 7620 7541

Beatriz T. Saiz, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated   July 17   , 2006

_Will H. LaRue_
Will H LaRue

<13062>C001174</13062>



**IRS** Department of the Treasury
Internal Revenue Service
FRESNO, CA  93888-0029

Notice Number: CP  91
Notice Date:   JULY 10, 2006
Social Security Number:
                     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

| Collection Assistance: |
| --- |
| 1-800-829-7650 |
| *(Asistencia en español disponible)* |
| Caller ID:  609209 |

WILBUR  LARUE
PO BOX 276
PEORIA   AZ   85380-0276768

001362

### Final Notice Before Levy On Social Security Benefits

Our records indicate the federal tax you owe has not been paid, although we have previously advised you of your appeal rights and asked you to pay it. The law allows the IRS to take up to 15% of your Social Security benefits to pay your overdue taxes. **We will proceed with levy action** if you do not pay the full amount you owe, request an appeals hearing, or contact us to resolve the tax matter within 30 days from the date of this notice.

We have identified the following Social Security account information:

    Social Security Claim Account Number:   527421472
    Beneficiary's Own Account Number:       527421472

To avoid this levy action against your Social Security benefits:

**If You Can Pay The Amount You Owe In Full:**
- Make your check or money order payable to the United States Treasury.
- Write your Social Security Number, the form number(s), and tax period(s) on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope.

You will find the amount you owe listed on the next page. The amount you owe includes tax, penalties, and interest. Penalty and interest charges, known as statutory additions, are detailed on the following pages and continue to accrue until you pay the total amount in full.

**If You Cannot Pay The Amount You Owe In Full:**
It is important that you call us immediately at the telephone number listed above. Please be prepared to tell us your monthly income and expenses so we can help you resolve this tax matter. We may be able to set up a payment arrangement. Or, if we determine that you cannot pay any of your tax debt due to a significant hardship, we may temporarily delay collection until your financial condition improves.

**Contact Us** (Within 30 days from the date of this notice)
Please do not contact the Social Security Administration regarding your federal tax matter. If you have any questions, please call the IRS at the above telephone number or write to us at the address located on the return stub found on the second page of this notice. **We want to help you resolve this matter, so please call us if you need assistance.**

**Authorized Representative**
If you wish to have someone else contact us to resolve this tax matter, complete Form 2848, *Power of Attorney and Declaration of Representative*, and send it to us in the enclosed envelope. You can get this form at your local IRS office, by calling 1-800-829-3676, or from our website at www.irs.gov. For your information, we have enclosed Publication 4134. This publication provides a list of Low Income Taxpayer Clinics that assist low-income taxpayers for free or for a nominal charge.

Enclosures:
Publication 4134
Copy of this notice
Envelope

CP 91 (Rev. 06-2005)

## ACCOUNT INFORMATION

WILBUR LARUE                                                                 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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| 1040A | DEC. 31, 2003 | $2,461.57 | $86.56 | $126.05 | $2,674.18 |

001362

---

Cut Here                    Use this stub to return your request, inquiry or payment.

                                    WI         CP-91
                                                           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
Your Telephone Number:      Best Time to Call
                                                           Amount you owe:        $2,674.18
(    ) _____ - _____       ____ AM ____ PM            Less payments not
                                                           included
                                                           Adjusted amount

Internal Revenue Service                    WILBUR   LARUE
FRESNO, CA  93888-0029                      PO BOX 276
                                            PEORIA  AZ   85380-0276768

527421472 HZ LARU 30 0 200312 670 00000267418