

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILL H. LARUE, *et al.*,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

Civil Action No. 06-61 (CKK)

**ORDER**
(August 18, 2006)

On July 3, 2006, Plaintiffs filed a [18-1] Notice of Conceded Motions in the instant case. Plaintiffs are representing themselves, <u>pro se</u>. Plaintiffs state that two [14, 17] addendums Plaintiffs filed to their Complaint have been "conceded" by Defendant by its lack of response to such addendums. Upon examination, these addendums are not in fact motions that require a response from Defendant, but in fact are actually surreplies that have been filed without the consent of the Court. The Court notes that the Local Civil Rules for the United States District Court for the District of Columbia do not provide for the filing of surreplies without the permission of the Court. *See Sokos v. Hilton Hotels Corp.*, 283 F. Supp. 2d 42, 54 n.7 (D.D.C. 2003); *Groobert v. President & Directors of Georgetown College*, 219 F. Supp. 2d 1, 13 n.2 (D.D.C. 2002); *Longwood Village Restaurant, Ltd. v. Ashcroft*, 157 F. Supp. 2d 61, 68 n. 3 (D.D.C. 2001). As such, the Court shall strike from the record all documents filed by Plaintiffs that it construes to be surreplies to the pending Motion to Dismiss, including docket entries [14], [16], [17], [19], and [20]. If Plaintiffs wish to re-file any of these stricken filings, Plaintiffs must submit an appropriate motion to the Court requesting permission to file a surreply (or surreplies)

to the pending Motion to Dismiss with an explanation for the necessity of submitting such additional filings to the Court.

Finally, on July 3, 2006, Plaintiffs attached (without properly filing) a [18-2] Request for Default to their Notice of Conceded Motions. However, as Defendant entered an appearance and filed a Motion to Dismiss on April 13, 2006, Plaintiffs' Request for Default was filed after Defendant had appeared and filed a dispositive motion in the instant case. Therefore, Plaintiffs' Request for Default shall be denied.

Accordingly, it is, this 18th day of August, 2006, hereby

ORDERED that the Court shall DENY Plaintiffs' [18-1] Notice of Conceded Motions and Request for Default; it is also

ORDERED that the Court shall STRIKE docket entries [14], [16], [17], [19], and [20] in the instant case; it is also

ORDERED that the Court shall DENY Plaintiffs' [18-2] Request for Default; it is also

ORDERED that the Clerk's office shall send a copy of this Order to Plaintiffs at the following address: P.O. Box 276, Peoria, AZ 85380-0276.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge