E003204

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Stop 5501 AUSC<br>Austin, TX 73301-0030 | For assistance, call:<br>1-800-829-7650<br>Your Caller ID: 382747<br>Notice Number: CP71C<br>Date: August 14, 2006<br><br>Taxpayer Identification Number:<br>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<br>Tax Form: 1040A<br>Tax Year: December 31, 1994 |

```
MARY GRAVERT   LARUE
PO BOX 276
PEORIA    AZ   85380-0276768
```

10034

---

### Reminder: You owe past due taxes for 1994

| | |
|---|---|
| Amount Owed: | $27,260.18 |
| Pay by: | September 4, 2006 |

**Why am I getting this notice?**

You have a past due tax balance for 1994. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1994 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 4, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|---|---|---|---|---|---|
| 1040A | 1994 | $18,650.47 | $.00 | $8,609.71 | $27,260.18 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**

Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information that we have received. If we contact other persons, you have the right to request a list of those contacted.

*For tax forms, instructions and information, visit www.irs.gov. (Access to this site will not provide you with any taxpayer account information.)*

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Interest: $8,609.71

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

## Interest

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1995 | 06/30/1995 | 76 | 10.0% | 0.021037295 | 10634.00 | 223.71 |
| 06/30/1995 | 12/31/1995 | 184 | 9.0% | 0.046408966 | 10857.71 | 503.90 |
| 12/31/1995 | 03/31/1996 | 91 | 9.0% | 0.022626480 | 11361.61 | 257.07 |
| 03/31/1996 | 06/30/1996 | 91 | 8.0% | 0.020087632 | 11618.68 | 233.39 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 11852.07 | 548.51 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 12400.58 | 565.90 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 12966.48 | 601.76 |
| 12/31/1997 | 03/31/1998 | 90 | 9.0% | 0.022437053 | 13568.24 | 304.43 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 13872.67 | 567.67 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 14440.34 | 294.10 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 14734.44 | 256.50 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 14990.94 | 613.43 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 15604.37 | 317.81 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 15922.18 | 132.79 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 16498.97 | 192.23 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 16691.20 | 768.16 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 17459.36 | 399.43 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 17858.79 | 400.70 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 18259.49 | 367.80 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 18627.29 | 668.98 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 19296.27 | 582.71 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 19878.98 | 610.41 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 20489.39 | 514.34 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 21003.73 | 266.36 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 21270.09 | 215.52 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 21485.61 | 214.74 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 21700.35 | 271.44 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 21971.79 | 222.02 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 22193.81 | 280.68 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 22474.49 | 278.78 |
| 03/31/2005 | 08/15/2005 | 137 | 6.0% | 0.022774157 | 22753.27 | 518.19 |
| 08/15/2005 | 09/30/2005 | 46 | 6.0% | 0.007589679 | 25422.96 | 192.95 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 25615.91 | 455.93 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 26071.84 | 920.82 |
| 06/30/2006 | 08/14/2006 | 45 | 8.0% | 0.009910722 | 26992.66 | 267.52 |
| | | | | | Total Interest: | 14030.68 |

Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 382747

Notice Number: CP71C
Date: August 14, 2006

Taxpayer Identification Number:
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
Tax Form: 1040A
Tax Year: December 31, 1995

MARY GRAVERT LARUE
PO BOX 276
PEORIA AZ 85380-0276768

### Reminder: You owe past due taxes for 1995

Amount Owed: $16,068.46
Pay by: September 4, 2006

**Why am I getting this notice?**
You have a past due tax balance for 1995. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1995 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 4, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|---|---|---|---|---|---|
| 1040A | 1995 | $11,026.50 | $.00 | $5,041.96 | $16,068.46 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**

Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information that we have received. If we contact other persons, you have the right to request a list of those contacted.

*For tax forms, instructions and information, visit www.irs.gov. (Access to this site will not provide you with any taxpayer account information.)*

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Interest: $5,041.96

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

**\* Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date  | To Date    | Days | Rate | Factor      | Principal | Interest |
|------------|------------|------|------|-------------|-----------|----------|
| 04/15/1996 | 06/30/1996 | 76   | 8.0% | 0.016748923 | 6787.00   | 113.67   |
| 06/30/1996 | 12/31/1996 | 184  | 9.0% | 0.046279292 | 6900.67   | 319.36   |
| 12/31/1996 | 06/30/1997 | 181  | 9.0% | 0.045635292 | 7220.03   | 329.49   |
| 06/30/1997 | 12/31/1997 | 184  | 9.0% | 0.046408966 | 7549.52   | 350.37   |
| 12/31/1997 | 03/31/1998 | 90   | 9.0% | 0.022437053 | 7899.89   | 177.25   |
| 03/31/1998 | 09/30/1998 | 183  | 8.0% | 0.040920267 | 8077.14   | 330.52   |
| 09/30/1998 | 12/31/1998 | 92   | 8.0% | 0.020366804 | 8407.66   | 171.24   |
| 12/31/1998 | 03/31/1999 | 90   | 7.0% | 0.017408410 | 8578.90   | 149.35   |
| 03/31/1999 | 09/30/1999 | 183  | 8.0% | 0.040920267 | 8728.25   | 357.16   |
| 09/30/1999 | 12/31/1999 | 92   | 8.0% | 0.020366804 | 9085.41   | 185.04   |
| 12/31/1999 | 02/07/2000 | 38   | 8.0% | 0.008339686 | 9270.45   | 77.31    |
| 02/07/2000 | 03/31/2000 | 53   | 8.0% | 0.011650781 | 9644.76   | 112.37   |
| 03/31/2000 | 09/30/2000 | 183  | 9.0% | 0.046022073 | 9757.13   | 449.04   |
| 09/30/2000 | 12/31/2000 | 92   | 9.0% | 0.022877946 | 10206.17  | 233.50   |
| 12/31/2000 | 03/31/2001 | 90   | 9.0% | 0.022437053 | 10439.67  | 234.24   |
| 03/31/2001 | 06/30/2001 | 91   | 8.0% | 0.020143211 | 10673.91  | 215.01   |
| 06/30/2001 | 12/31/2001 | 184  | 7.0% | 0.035914165 | 10888.92  | 391.07   |
| 12/31/2001 | 06/30/2002 | 181  | 6.0% | 0.030197962 | 11279.99  | 340.63   |
| 06/30/2002 | 12/31/2002 | 184  | 6.0% | 0.030706088 | 11620.62  | 356.82   |
| 12/31/2002 | 06/30/2003 | 181  | 5.0% | 0.025102720 | 11977.44  | 300.67   |
| 06/30/2003 | 09/30/2003 | 92   | 5.0% | 0.012681615 | 12278.11  | 155.71   |
| 09/30/2003 | 12/31/2003 | 92   | 4.0% | 0.010132630 | 12433.82  | 125.99   |
| 12/31/2003 | 03/31/2004 | 91   | 4.0% | 0.009994426 | 12559.81  | 125.53   |
| 03/31/2004 | 06/30/2004 | 91   | 5.0% | 0.012508429 | 12685.34  | 158.67   |
| 06/30/2004 | 09/30/2004 | 92   | 4.0% | 0.010104808 | 12844.01  | 129.79   |
| 09/30/2004 | 12/31/2004 | 92   | 5.0% | 0.012646750 | 12973.80  | 164.08   |
| 12/31/2004 | 03/31/2005 | 90   | 5.0% | 0.012404225 | 13137.88  | 162.97   |
| 03/31/2005 | 08/15/2005 | 137  | 6.0% | 0.022774157 | 13300.85  | 302.92   |
| 08/15/2005 | 09/30/2005 | 46   | 6.0% | 0.007589679 | 14985.51  | 113.74   |
| 09/30/2005 | 12/31/2005 | 92   | 7.0% | 0.017798686 | 15099.25  | 268.75   |
| 12/31/2005 | 06/30/2006 | 181  | 7.0% | 0.035318388 | 15368.00  | 542.77   |
| 06/30/2006 | 08/14/2006 | 45   | 8.0% | 0.009910722 | 15910.77  | 157.69   |
|            |            |      |      |             | Total Interest: | 7602.72 |

E003206                        86380           IRS USE ONLY      WI       C 0
29247-420-00110-0          200631    CP:

Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX  73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 382747

Notice Number: CP71C
Date: August 14, 2006

Taxpayer Identification Number:
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
Tax Form: 1040A
Tax Year: December 31, 1996

MARY C  LARUE
PO BOX 276
PEORIA   AZ   85380-0276768

0032

## Reminder: You owe past due taxes for 1996

Amount Owed:       $23,438.45
Pay by:            September 4, 2006

**Why am I getting this notice?**
You have a past due tax balance for 1996. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury.
   Write tax year 1996 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 4, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|---|---|---|---|---|---|
| 1040A | 1996 | $15,697.73 | $.00 | $7,740.72 | $23,438.45 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**

Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information that we have received. If we contact other persons, you have the right to request a list of those contacted.

*For tax forms, instructions and information, visit www.irs.gov. (Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $7,740.72

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*   Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Interest

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1997 | 06/30/1997 | 76 | 9.0% | 0.018914063 | 10378.00 | 196.29 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 10574.29 | 490.74 |
| 12/31/1997 | 03/31/1998 | 90 | 9.0% | 0.022437053 | 11065.03 | 248.27 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 11313.30 | 462.94 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 11776.24 | 239.84 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 12016.08 | 209.18 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 12225.26 | 500.26 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 12725.52 | 259.18 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 12984.70 | 108.29 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 15009.50 | 174.87 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 15184.37 | 698.82 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 15883.19 | 363.37 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 16246.56 | 364.52 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 16611.08 | 334.60 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 16945.68 | 608.59 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 17554.27 | 530.10 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 18084.37 | 555.30 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 18639.67 | 467.91 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 19107.58 | 242.31 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 19349.89 | 196.07 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 19545.96 | 195.35 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 19741.31 | 246.93 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 19988.24 | 201.98 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 20190.22 | 255.34 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 20445.56 | 253.61 |
| 03/31/2005 | 08/15/2005 | 137 | 6.0% | 0.022774157 | 20699.17 | 471.41 |
| 08/15/2005 | 09/30/2005 | 46 | 6.0% | 0.007589679 | 21858.81 | 165.90 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 22024.71 | 392.01 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 22416.72 | 791.72 |
| 06/30/2006 | 08/14/2006 | 45 | 8.0% | 0.009910722 | 23208.44 | 230.01 |
| | | | | | Total Interest: | 10455.71 |

Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 382747
Notice Number: CP71C
Date: August 14, 2006

**Taxpayer Identification Number:**
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
Tax Form: 1040A
Tax Year: December 31, 1997

MARY C LARUE
PO BOX 276
PEORIA AZ 85380-0276768

### Reminder: You owe past due taxes for 1997

Amount Owed: $17,953.08
Pay by: September 4, 2006

**Why am I getting this notice?**
You have a past due tax balance for 1997. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1997 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 4, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|---|---|---|---|---|---|
| 1040A | 1997 | $12,168.27 | $.00 | $5,784.81 | $17,953.08 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**

Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information that we have received. If we contact other persons, you have the right to request a list of those contacted.

*For tax forms, instructions and information, visit www.irs.gov. (Access to this site will not provide you with any taxpayer account information.)*

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Interest: $5,784.81

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

**\* Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

00031

## Interest

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1998 | 09/30/1998 | 168 | 8.0% | 0.037504057 | 8633.00 | 323.77 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 8956.77 | 182.42 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 9139.19 | 159.10 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 9298.29 | 380.49 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 9678.78 | 197.13 |
| 12/31/1999 | 02/07/2000 | 38 | 8.0% | 0.008339686 | 9875.91 | 82.36 |
| 02/07/2000 | 03/31/2000 | 53 | 8.0% | 0.011650781 | 11145.15 | 129.85 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 11275.00 | 518.90 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 11793.90 | 269.82 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 12063.72 | 270.67 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 12334.39 | 248.45 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 12582.84 | 451.90 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 13034.74 | 393.62 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 13428.36 | 412.33 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 13840.69 | 347.44 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 14188.13 | 179.93 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 14368.06 | 145.59 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 14513.65 | 145.06 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 14658.71 | 183.36 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 14842.07 | 149.98 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 14992.05 | 189.60 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 15181.65 | 188.32 |
| 03/31/2005 | 08/15/2005 | 137 | 6.0% | 0.022774157 | 15369.97 | 350.04 |
| 08/15/2005 | 09/30/2005 | 46 | 6.0% | 0.007589679 | 16743.13 | 127.07 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 16870.20 | 300.27 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 17170.47 | 606.43 |
| 06/30/2006 | 08/14/2006 | 45 | 8.0% | 0.009910722 | 17776.90 | 176.18 |
| | | | | | Total Interest: | 7110.08 |

**Department of the Treasury**
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 382747

**Notice Number:** CP71C
**Date:** August 14, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 1998

MARY C LARUE
PO BOX 276
PEORIA AZ  85380-0276768

0030

## Reminder: You owe past due taxes for 1998

**Amount Owed:** $13,417.66
**Pay by:** September 4, 2006

**Why am I getting this notice?**
You have a past due tax balance for 1998. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1998 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by September 4, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form  | Tax Year | Unpaid Balance | + Penalties | + Interest  | = Total     |
|-------|----------|----------------|-------------|-------------|-------------|
| 1040A | 1998     | $11,657.56     | $.00        | $1,760.10   | $13,417.66  |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**

Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information that we have received. If we contact other persons, you have the right to request a list of those contacted.

For tax forms, instructions and information, visit www.irs.gov. (Access to this site will not provide you with any taxpayer account information.)

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $1,760.10

**09 Interest**

030    **IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

* **Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1999 | 09/30/1999 | 168 | 8.0% | 0.037504057 | 7086.62 | 265.78 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 7352.40 | 149.74 |
| 12/31/1999 | 03/31/2000 | 91 | 8.0% | 0.020087632 | 7502.14 | 150.70 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 7652.84 | 352.20 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 8005.04 | 183.14 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 8188.18 | 183.72 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 8371.90 | 168.64 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 8540.54 | 306.73 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 8847.27 | 267.17 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 9114.44 | 279.87 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 9394.31 | 235.82 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 9630.13 | 122.13 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 9752.26 | 98.82 |
| 12/31/2003 | 03/22/2004 | 82 | 4.0% | 0.009001531 | 9851.08 | 88.67 |
| 03/22/2004 | 03/31/2004 | 9 | 4.0% | 0.000984037 | 11639.56 | 11.45 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 11651.01 | 145.74 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 11796.75 | 119.20 |
| 09/30/2004 | 10/18/2004 | 18 | 5.0% | 0.002461874 | 11915.95 | 29.34 |
| 10/18/2004 | 12/31/2004 | 74 | 5.0% | 0.010159864 | 11963.29 | 121.55 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 12084.84 | 149.90 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 12234.74 | 373.61 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 12608.35 | 224.41 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 12832.76 | 453.23 |
| 06/30/2006 | 08/14/2006 | 45 | 8.0% | 0.009910722 | 13285.99 | 131.67 |
|  |  |  |  |  | Total Interest: | 4613.23 |