UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 06–61 (CKK) |

**ORDER**
(December 4, 2006)

On October 23, 2006, Plaintiffs filed a [23] Motion to Vacate Dismissal and Enter Default Against Defendant. However, Plaintiffs' case had not been dismissed at the time that Plaintiffs filed this Motion, nor had any of the claims therein been dismissed by this Court. Furthermore, on August 18, 2006, the Court had already denied Plaintiffs' request to enter default against Defendant.

It appears to the Court that Plaintiffs are using boilerplate filings in litigating their case in light of the inapplicability of their [23] Motion to Vacate Dismissal to the actual procedural posture of their case. It is a waste of judicial time and resources for the Court to review filings with no pertinence to the case at hand. Plaintiffs should ensure that all future filings relate to the actual facts and circumstances of their particular case.

Accordingly, it is, this 4th day of December, 2006, hereby

ORDERED that the Court shall DENY Plaintiffs' [23] Motion to Vacate Dismissal and Enter Default Against Defendant; it is also

ORDERED that the Clerk's office shall send a copy of this Order to Plaintiffs at the following address: P.O. Box 276, Peoria, AZ 85380-0276.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge