UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILL H. LARUE, *et al.*,

    Plaintiffs,

    v.

UNITED STATES,

    Defendant.

Civil Action No. 06–61 (CKK)

**ORDER**
(December 4, 2006)

On August 21, 2006, Plaintiffs filed an [22] Addendum to Complaint No. 6 in the instant case. Plaintiffs are representing themselves, pro se. Upon examination, this "addendum" is in fact a surreply to Defendant's pending Motion to Dismiss that has been filed without the consent of the Court. The Court notes that the Local Civil Rules for the United States District Court for the District of Columbia do not provide for the filing of surreplies without the permission of the Court. *See Sokos v. Hilton Hotels Corp.*, 283 F. Supp. 2d 42, 54 n.7 (D.D.C. 2003); *Groobert v. President & Directors of Georgetown College*, 219 F. Supp. 2d 1, 13 n.2 (D.D.C. 2002); *Longwood Village Restaurant, Ltd. v. Ashcroft,* 157 F. Supp. 2d 61, 68 n. 3 (D.D.C. 2001). As such, the Court shall strike from the record all documents filed by Plaintiffs that it construes to be surreplies to the pending Motion to Dismiss, including docket entry [22]. The Court notes that Plaintiffs appear to have attached a number of documents to its "addenda" including various notices from the IRS. To the extent that these documents are intended to amend Plaintiffs' Amended Complaint, this request is denied pursuant to Federal Rule of Civil Procedure 15(a), which first requires that a party request permission from the Court to amend its pleadings at this

procedural juncture. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party . . . ."). However, Plaintiffs may properly submit such documents with a Second Amended Complaint including only Plaintiffs' specific claims for injunctive relief pursuant to 26 U.S.C. §§ 6212(a) and 6213(a) as instructed by the Court in its Order and Memorandum Opinion issued with respect to Defendant's Motion to Dismiss.

    Accordingly, it is, this 4th day of December, 2006, hereby

    ORDERED that the Court shall STRIKE docket entry [22] in the instant case; it is also

    ORDERED that the Clerk's office shall send a copy of this Order to Plaintiffs at the following address: P.O. Box 276, Peoria, AZ 85380-0276.

    SO ORDERED.

                                                       /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge