UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL & MARY LARUE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No.06-61 (CKK) |

**ORDER**
(December 4, 2006)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 4th day of December, 2006, hereby

ORDERED that Defendant's [9] Motion to Dismiss is GRANTED IN PART and HELD IN ABEYANCE IN PART; it is also

ORDERED that all of Plaintiffs' claims are DISMISSED except for those requesting an injunction in connection with alleged violations of 26 U.S.C. § 6212(a) and 6213(a); it is also

ORDERED that with respect to Plaintiffs' remaining claims for injunctive relief pursuant to 26 U.S.C. § 6212(a) and 6213(a), the Court shall require Plaintiffs to file a Second Amended Complaint inclusive of only these two claims and attaching any and all documentation, if appropriate, to support said claims by January 12, 2007.  The Court notes that Plaintiffs submitted some documentation as attachments to its improperly filed [22] Addendum to its Complaint; Plaintiffs must resubmit any and all documentation, including such forms properly explaining how such forms relate to Plaintiffs' claims such that the Court can properly rule on

Defendant's Motion to Dismiss with respect thereto. If the Court requires updated briefing from Defendant after Plaintiffs' Second Amended Complaint is filed, the Court will so indicate via Minute Entry. If Plaintiffs fail to file an updated Second Amended Complaint including ONLY claims for injunctive relief pursuant to 26 U.S.C. § 6212(a) and 6213(a) and a proper factual basis and supporting documentation, if appropriate, with respect to the application of such claims to Plaintiffs' individual circumstances (as opposed to a boilerplate filing) by January 12, 2007, the Court will dismiss these two remaining claims and the case without further notice; it is also

ORDERED that the Clerk's Office shall send a copy of this Order and the accompanying Memorandum Opinion to Plaintiffs at the following address, provided in Plaintiffs' [15] Notice of Change of Address filed May 30, 2006: P.O. Box 276, Peoria, AZ 85380-0276.

SO ORDERED.

                                              /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge