UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Will H LaRue  
Mary Catherine LaRue

        Plaintiff(s),

v.

United States (Government)

        Defendant.

No: 1:06-cv-0061 CKK

REQUEST FOR
ENLARGEMENT OF TIME
TO AMEND COMPLAINT

Plaintiff has received an order from the Court requiring the plaintiff to file a 2nd amended complaint on or before January 12, 2007. Plaintiff requests an enlargement of time to complete the research and preparation of the amended complaint and to comply with the Courts order.

    Respectfully,

Dated  Jan. 8,  , 2007

_____  
Will H LaRue  
PO Box 276  
Peoria, AZ 85380-0276

_____  
Mary Catherine LaRue  
PO Box 276  
Peoria, AZ 85380-0276

Will H LaRue v United States      Page 1 of 2 Pages      Request for Enlargement of Time

RECEIVED  
JAN 10 2007  
NANCY MAYER-WHITTINGTON, CLERK  
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Beatriz T. Saiz
Ben Franklin Station
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated  Jan. 8, 2007

*Will H LaRue* (signature)
Will H LaRue