UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILL & MARY LARUE,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No.06-61 (CKK)

**ORDER**
(January 12, 2007)

On December 4, 2006, the Court issued an [26] Order, ordering that Defendant's [9] Motion to Dismiss was granted in part and held in abeyance in part; ordering that all of Plaintiffs' claims were dismissed except for those requesting an injunction in connection with alleged violations of 26 U.S.C. § 6212(a) and 6213(a); and ordering that with respect to Plaintiffs' remaining claims for injunctive relief pursuant to 26 U.S.C. § 6212(a) and 6213(a), "the Court shall require Plaintiffs to file a Second Amended Complaint inclusive of only these two claims and attaching any and all documentation, if appropriate, to support said claims by January 12, 2007." The Court indicated that "[i]f Plaintiffs fail to file an updated Second Amended Complaint including ONLY claims for injunctive relief pursuant to 26 U.S.C. § 6212(a) and 6213(a) and a proper factual basis and supporting documentation, if appropriate, with respect to the application of such claims to Plaintiffs' individual circumstances (as opposed to a boilerplate filing) by January 12, 2007, the Court will dismiss these two remaining claims and the case without further notice[.]" [26] Order at 2.

On January 10, 2007, Plaintiffs' [28] Request for Enlargement of Time to Amend

Complaint was docketed, indicating that "Plaintiff[s] reques[t] an enlargement of time to complete the research and preparation of the amended complaint and to comply with the Court's order." Plaintiffs do not specify the length of the enlargement requested.

The Court notes that a Second Amended Complaint filed by Plaintiffs fitting the parameters of the Court's [26] Order would require minimal "research," as Plaintiffs are only permitted "to file an updated Second Amended Complaint including ONLY claims for injunctive relief pursuant to 26 U.S.C. § 6212(a) and 6213(a) and a proper factual basis and supporting documentation, if appropriate, with respect to the application of such claims to Plaintiffs' individual circumstances (as opposed to a boilerplate filing)." [26] Order at 2. Accordingly, the Court deems an extension of time until February 1, 2007, for the filing of a Second Amended Complaint to be more than sufficient. Plaintiffs are on notice that if their Second Amended Complaint is not filed by February 1, 2007, the Court shall dismiss these two remaining claims and the case without further notice, and that no further extensions shall be granted.

Accordingly, it is, this 12th day of January, 2007, hereby

ORDERED that Plaintiffs' [28] Request for Enlargement of Time to Amend Complaint is GRANTED; it is also

ORDERED that Plaintiffs must file their Second Amended Complaint by February 1, 2007; if their Second Amended Complaint is not filed by February 1, 2007, the Court shall dismiss these two remaining claims and the case without further notice; it is also

ORDERED that NO FURTHER EXTENSIONS shall be granted; it is also

ORDERED that the Clerk's Office shall send a copy of this Order to Plaintiffs at the

following address, provided in Plaintiffs' [15] Notice of Change of Address filed May 30, 2006:

P.O. Box 276, Peoria, AZ 85380-0276.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge