UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Will H LaRue  
Mary Catherine LaRue  
        Plaintiff(s),

v.

United States  
        Defendant.

Case No. 1:06-cv-00061 (CKK)

REQUEST FOR CLERKS ENTRY OF DEFAULT

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney an amended complaint on January 30, 2007.

3. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

4. The record shows that defendant has failed to plead or otherwise defend.

Wherefore, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated June 16, 2007

Will H LaRue

Mary Catherine LaRue

RECEIVED

JUN 18 2007

NANCY M. WHITTINGTON, CLERK
U.S. DISTRICT COURT

Will H LaRue v. United States.    page 1 of 1 pages