UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Will H LaRue
Mary Catherine LaRue
        Plaintiff(s),

Case No. 1:06-cv-00061

REQUEST FOR DETERMINATION OF DAMAGES

v.

United States
        Defendant.

1. Plaintiff(s) was granted an entry of default on June 21, 2007.

2. Plaintiff now requests that the Court enter judgement as requested in plaintiff's complaint.

Dated July 7, 2007

_____
Will H LaRue

_____
Mary Catherine LaRue