UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILL & MARY LARUE,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No.06-61 (CKK)

**ORDER**
(July 12, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 12th day of July, 2007, hereby

ORDERED that the [33] Clerk's Entry of Default is VACATED; it is also

ORDERED that the portion of Defendant's [9] Motion to Dismiss previously held in abeyance is GRANTED; it is also

ORDERED that Plaintiffs' [30] Motion for Relief from Order of Dismissal Under Fed. R. Civ. P. 60(b)(3), (6) is DENIED; it is also

ORDERED that this case is DISMISSED in its entirety; it is also

ORDERED that the Clerk's Office shall send a copy of this Order and the accompanying Memorandum Opinion to Plaintiffs at the following address, provided in Plaintiffs' [15] Notice of Change of Address filed May 30, 2006: P.O. Box 276, Peoria, AZ 85380-0276.

*This is a final, appealable order.*

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge