UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL & MARY LARUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.06-61 (CKK) |

**ORDER**
(July 16, 2007)

On July 12, 2007, the Court entered an [36] Order and accompanying [35] Memorandum Opinion in this case, vacating the [33] Clerk's Entry of Default; granting the portion of Defendant's [9] Motion to Dismiss previously held in abeyance; denying Plaintiffs' [30] Motion for Relief from Order of Dismissal Under Fed. R. Civ. P. 60(b)(3), (6); and dismissing this case in its entirety. Also on July 12, 2007, the Clerk's office received Plaintiffs' [34] Request for Determination of Damages, entered on the docket on July 13, 2007. Plaintiffs' [34] Motion, which "requests that the Court enter judgement [sic] as requested in plaintiff's complaint," was predicated on the Clerk's entry of default, which was vacated by the Court's [36] Order. Furthermore, the Court has dismissed Plaintiffs' claims in their entirety. As such, the Court shall DENY AS MOOT Plaintiffs' [34] Request for Determination of Damages.

Accordingly, it is, this 16th day of July, 2007, hereby

ORDERED that Plaintiffs' [34] Request for Determination of Damages is DENIED AS MOOT; it is also

ORDERED that the Clerk's Office shall send a copy of this Order and the accompanying Memorandum Opinion to Plaintiffs at the following address, provided in Plaintiffs' [15] Notice of Change of Address filed May 30, 2006:  P.O. Box 276, Peoria, AZ 85380-0276.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge